UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14050-CR-ROSENBERG/LYNCH
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

vs.

DANIEL TYLER MORGAN,

    Defendant.
_____/

FILED by _____ D.C.
AUG 18 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning on or about February 6, 2016, and continuing through May 13, 2016, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL TYLER MORGAN,**

using facilities and means of interstate commerce, that is, the Internet, knowingly persuaded, induced, enticed and coerced an individual who had not attained the age of eighteen years, that is, Minor Victim 1, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RYAN L. BUTLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DANIEL MORGAN,

_____ Defendant. /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Indictment Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL    ___ WPB    _X_ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _no_
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I   | 0 to 5 days    | x |
   | II  | 6 to 10 days   |   |
   | III | 11 to 20 days  |   |
   | IV  | 21 to 60 days  |   |
   | V   | 61 days and over |  |

   (Check only one)

   | | |
   |---|---|
   | Petty   |   |
   | Minor   |   |
   | Misdem. |   |
   | Felony  | x |

6. Has this case been previously filed in this District Court? (Yes or No) _no_

   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) _no_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: 16-97-FJL
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of May 19, 2016
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes  _x_ No

_____
RYAN L. BUTLER
SPECIAL ASSISTANT UNITED STATES
ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

Defendant's Name:    DANIEL MORGAN

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Persuading, Inducing, and enticing a person under 18 to engage in sexual activity, or attempt to do so | 18: 2422(b) | 10 Years to Life Imprisonment<br>$250,000 Fine<br>SR: 5 Years to Life<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |