UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14050-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DANIEL TYLER MORGAN,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON 10-12-2016, AT
Fort Pierce, FLA.
Steven M. Larimore, Clerk
United States District Court
Southern District of Florida



## STIPULATED PROFFER OF FACTUAL BASIS FOR PLEA OF GUILTY

The United States of America and the defendant, Daniel Tyler Morgan, stipulate to the following proffer of a factual basis for the defendant's plea of guilty to the offense of knowingly attempting to receive, through facilities and means of interstate commerce, a visual depiction of a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, § 2252(a)(2), as charged in the superseding information.

### I. Elements of the Offense

The United States must prove the following five elements beyond a reasonable doubt in order to convict the defendant of violating this section: (1) the defendant knowingly received a visual depiction, (2) the depiction was shipped or transported in interstate commerce by any means, including a computer, (3) production of the depiction involved using a minor engaged in sexually explicit conduct, (4) the depiction is of a minor engaged in sexually explicit conduct, and (5) the defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct. The phrase "sexually

1

explicit conduct" is defined in the Eleventh Circuit's Pattern Jury Instruction 83.2 as including an actual or simulated lascivious exhibition of the genitals or pubic area of any person. The jury instruction defined "lascivious exhibition" as an "indecent exposure of the genitals or pubic area, usually to incite lust."

An attempt to violate the statute is codified in sub-section (b)(1) of the statute. In order to prove the defendant attempted to violate §2252(a)(2), the United States must prove 1) the defendant was acting with the kind of culpability otherwise required for the commission of the crime for which he is charged with attempting; and (2) the defendant was engaged in conduct that constituted a substantial step toward the commission of the crime. United States v. Root, 296 F.3d 1222, 1227-1228 (11th Cir. 2002).

## II. Factual Basis

On May 13, 2016, the principal of St. Lucie West Centennial High School, Andrea Popwell, called the Port St. Lucie Police Department to report that a teacher at the school had been communicating inappropriately with a 17 year old student. Ms. Popwell showed the responding officer the following chat messages from the 17 year old's Snapchat account:

DMO0728: Hey beautiful lol

Victim: Lol

DMO0728: loved the selfie. I trust you got your drink on like me

Victim: had to

DMO0728: love it, you are so fucking sexy. How do you do it lol

Victim: I don't do anything I don't try but when I do oh lord but when I do

DMO0728: Fuck ya I do. Your body turns me on. Christ you look good. More. Please send more. God damn. Yes Im sure.

2

Victim: So bad you're gunna regret it lol tomorrow

DMO0728: Not at all. I am out of that place. Show me what you got girl. Don't fucking stop now. Please. You got it going on so bad OMFG. So fucking hot. Im real fucking hard right now, Holy shit. I knew that ass was nice but damn. Please don't stop. Tease me. Make me want it. Fuck yes. Keep it going. Let me see you.

Victim: nope because I know you. That's the alcohol talking trust me I know. You'll regret this in the morning lol.

DMO0728: I won't. I want it. I want it bad.

Victim: You will lol and ill be there to tell you told you so.

DMO0728: you teased me. And you will receive. Holy fuck im so hard. im stroking my cock to it now. I know it's the liquor talkin. But its talkin truth. I cant suppress it anymore. To be honest, I don't think you are ready for a dom like me. You read or know of 50 shades of gray? Honestly. I ain't working there after this year. I don't give a shit. I want to see your body.

Victim: 50 shades of gray? I watched the movie a girl like me would only wish for someone like that.

DMO0728: I am a full dom.

Victim: I'm into the whole the guy being dominant telling me what to do being chocked biggest turn in etc etc all of the above

DMO0728: I am glad that makes you hot. Show me what you got. That's an order

Victim: What is it that you want to see?

DMO0728: Everything you have to offer.

Victim: Hmmm I might have an idea

DMO0728: So fucking hot. I don't think I've ever been so turned on in my life.

DMO0728: Mmmm, that pussy is all wet for me isn't it? You wanted this dick for a long time, ever since you had me. I want to give it a taste. I know just how to make that pussy feel.

Victim: make it feel good please.

3

DMO0728: Don't be sorry. That's a good girl, you doing just what I ask. You obey orders real good.

Victim: Make it feel good, baby please. And of course I don't want to be punished just yet.

DMO0728: Fuck yes, just you wait for the summer. It looks so yummy, I just want to dig my tongue in.

Victim: I don't get any pics?

DMO0728: Oh you want pics? You want to see this dick? +6 vs ddlddddddddb, Sorry for the lat message. You are going to get what yoou want. I want a full frontal. I want to see you fully.

Victim: Ok fine you got it.

DMO0728: This dick would feel better in your mouth

Victim: Oh I know trust me, you aren't the only one that knows what there doing

DMO0728: You have a body worth worshipping, Let me see it. I want to see it. God I look at them every time I see you. I can't hold back anymore. I know you want it too. That's what im talking about. I just want to wrap my lips and tongue around them. Fuck yes. Yea you want to be my naughty little school girl don't you. God im so hard for you.

Victim: I do think I need tutoring in a few things.

DMO0728: God we are so bad. Its fucking hot isn't it.

Victim: Its crazy hot.

DM0728: I cant hold back any longer. Im glad it makes you want as much as it makes me hard.

Victim: I want you so bad. Just a taste at least a taste want me wanting more.

DMO0728: God we are so naughty we keep those our dirty little secret. It's soo much hotter like that.

DMO0728: Selfie cam is fucked so I just sent a pick of me becore (sic) I viewed Pic (This message was accompanied by this photograph:

4



Victim: loving the green lol but now at least I can say I saw you

DMO0728: Not only that but saw how I actually dressed haha

Ms. Popwell recognized the person in the photograph as the defendant, Centennial High School history teacher Daniel Morgan.

Port St. Lucie Police Detective Christopher D'Angelo was assigned to investigate. He interviewed the victim and learned that she was an eleventh grade student. She turned 17 years old in February, 2016. When she was in the tenth grade, she was a student in Morgan's world history class. Although she was no longer in Morgan's class, he had maintained contact with her and allowed her to store her skateboard in his classroom. He often chatted with her after school when she would stop by to retrieve her skateboard. She believed that he was personally interested in her because his conversations with her went beyond the normal teacher-student conversations to include discussion about his divorce, ex-wife, musical tastes, and recreational activities.

Sometime after February 6, 2016, Morgan asked her if she used Snapchat. When she replied that she did, he asked if he could send her a friend request, to which she agreed. For the

next several months Morgan communicated with the victim through Snapchat,[1] using his cellular telephone to send and receive communications through the internet. His initial conversations were about difficulties he was having with his seventh period class and with his personal life. Morgan then began complimenting the victim on how she looked. For example, he sent her messages telling her that she looked good in the clothes she wore to school that day. Morgan's communications turned to sexual matters, and on more than one occasion he solicited her for suggestive or sexually explicit photographs of herself. Although the victim declined to send any sexually explicit photographs to him, she did send him photographs of herself in undergarments. She also sent him a photograph of herself standing in front of a mirror without a shirt or bra, but with her arms covering her breasts. He frequently complimented her on how attractive she was and explained in detail the sexual things he wanted to do to her and the things he would like her to do to him. After these conversations Morgan would sometimes send her a message telling her that he knew she was under the age of 18 and they needed to "slow things down." He would always contact her in a few days or weeks, however, and resume sexual conversations with her. He also talked to her about smoking marijuana and asked her to join him after school one day to smoke and "chill out."

The communications viewed by Principal Popwell represented chat messages from numerous Snapchat conversations between the victim and Morgan from February 6 to May 15, 2016. The victim knows the messages began after February 6 because that day is her birthday and

---

[1] Snapchat is a social media application that permits users to communicate with photographs, videos, or text messages that automatically delete, unless saved, after a time period specified by the sender of the message. *See* Hook, Sara, and Faklaris, Cori, "OH, SNAP! The State of Electronic Discovery Amid the Rise of Snapchat, WhatsApp, Kik, and Other Mobile Messaging Apps," *Federal Lawyer*. May 2016, 67-68.

she remembers that Morgan did not ask her if she was on Snapchat until after that day. The messages were still available on the application because those particular chats had been saved.

Photographs may be sent and received when using Snapchat's Chat mode. The photograph Morgan sent of himself standing in front of a mirror was sent in Chat mode. After Morgan sent the chat message to the victim referencing the size of his penis and telling the victim "you are going to get what you want," he sent her a photograph of his erect penis using Snapchat's photo mode. She said that Morgan appeared to be lying on his back when the picture was taken. She did not save the photograph.

Det. D'Angelo took the victim's phone, with her permission, for forensic analysis. Port St. Lucie Det. Jim Jones analyzed the phone, but did not find the content of any Snapchat messages. His forensic search did, however, find deleted artifacts related to Snapchat images and messages with Snapchat username DMO0728. This means that the Snapchat application on the victim's phone had received and sent messages and images to that username.

On May 17, 2016, Det. D'Angelo and Port St. Lucie Det. Bentley visited Daniel Morgan at his residence in Jupiter. Morgan agreed to speak with them and invited them into the home. His mother was present during his conversation with detectives. He told them that he had resigned his position with the St. Lucie County School District. Morgan denied ever using Snapchat, but he then admitted that did use it, but stopped a few weeks earlier because he "didn't like it." He said he did not remember his user name.

He admitted communicating with the victim, a student at the school where he taught history, on Snapchat. He said their conversations began a few months earlier and were about "little things" and not personal matters. When Det. D'Angelo asked him if the user name DMO0728 was

7

familiar, he replied "yeah," and said that "must have been" the name he used on Snapchat. Det. D'Angelo asked him when the conversations with the victim turned sexual in nature. He replied that "I honestly don't remember sending them." He then explained that he had been drinking heavily and experiencing black-outs. When told that he sent a photograph of his penis to the victim, his response was "uh huh."

He was asked how the conversations progressed from small talk into sexual matters, and he explained that, "once again, I got really drunk one night and she started sending me pictures." He described the pictures as "seductive" pictures of the victim clothed in undergarments. He denied that the victim sent him any nude pictures of herself. Det. Bentley asked him what he thought when he saw the next morning what he had done, and he said that, "I told her I couldn't handle it. I thought about my family…I told her it couldn't progress, couldn't go the next level." He also told the detectives that he thought about his family when he saw that he had sent a photo of his penis to the victim, and he didn't know what he was thinking when he sent it. He claimed that he sent it because the victim asked for a photo of his penis. When pressed for details, he told the detectives that he wanted to talk to an attorney. The interview concluded at that point.

On August 12, 2016, Department of Homeland Security Special Agent Brian Ray obtained and executed a search warrant on Snapchat for communications and subscriber information between user names DMO0728 and the victim's Snapchat user name. On August 15, he reviewed the results of that search warrant. The Snapchat account for user name DMO0728 was created on December 31, 2014. The email address and phone number provided for this account were danieltylermorgan@gmail.com and 561-578-3458. Morgan used this same email address and phone number on his 2013 application for employment as a teacher with the St. Lucie County

8

School District. The user name DMO0728 was also the same user name utilized by Morgan for his account on the school district's computer system. The number 0728 corresponds to his date of birth – July 28.

Snapchat records showed additional conversations between Morgan and the victim between April 16 and May 16, 2016.[2] The communications included photographs, videos, and text messages. Snapchat provided data showing that Morgan engaged in at least two conversations with the victim about smoking marijuana:

| | | |
|---|---|---|
| Morgan | Hey you :P | Sun May 08 00:22:49 UTC 2016[3] |
| Morgan | What are you getting in to tonight? | Sun May 08 00:22:49 UTC 2016 |
| Victim | Smoking lol | Sun May 08 03:54:17 UTC 2016 |
| Morgan | Right on lol | Sun May 08 04:14:57 UTC 2016 |
| Victim | Lol i suppose | Sun May 08 04:15:10 UTC 2016 |
| Morgan | Im drinkin. Its one of them nights for me lol | Sun May 08 04:15:16 UTC 2016 |
| Victim | Lucky you hah | Sun May 08 04:15:52 UTC 2016 |
| Morgan | That snap though..Lol.Damn | Sun May 08 08:23:55 UTC 2016 |
| Morgan | Im still clean from weed. Got drunk last night but didn't smoke lol | Mon May 09 03:18:12 UTC 2016 |

---

[2] The records are not a complete record of all the communications between the user accounts for the requested date range.

[3] UTC is four hours ahead of Eastern Daylight Savings Time. This message was sent at 8:22:49 ESDT.

9

| | | |
|---|---|---|
| Victim | That's good!! | Mon May 09 03:19:48 UTC 2016 |
| Morgan | Ive surprised even myself haha | Mon May 09 03:20:02 UTC 2016 |
| Victim | Haha well props to you | Mon May 09 03:21:18 UTC 2016 |
| Morgan | Appreciate it! | Mon May 09 03:22:38 UTC 2016 |
| Morgan | Do i get a selfie for a reward? :P | Mon May 09 03:23:11 UTC 2016 |

Stipulated to by:

_____
Daniel Tyler Morgan
Defendant

_____
Ryan L. Butler
Special Assistant United States Attorney
Southern District of Florida
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Email: rbutler@sao19.org
Attorney for the United States of America

_____
Barbara Kibbey Wagner
416 SW Camden Avenue
Stuart, FL 34994
Email: bwagner@kibbeylaw.com
Attorney for Defendant

_____ B. Kibbey Wagner
for Jason Wandner
1666 79th Causeway
Suite 200
Miami Beach, FL 33141
Email: Jason@wandnerlaw.com
Attorney for Defendant

10